UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EARL CHILDS, | ) Case No. 2:23-cv-03971-MWF-JDE |
| Plaintiff, | ) |
| | ) ORDER ACCEPTING FINDINGS |
| v. | ) AND RECOMMENDATION OF |
| | ) UNITED STATES MAGISTRATE |
| A. CHAPMAN, et al., | ) JUDGE |
| | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order issued by the assigned magistrate judge (Dkt. 6), and the Report and Recommendation of the magistrate judge issued on July 18, 2023 (Dkt. 8, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: September 8, 2023

_____

MICHAEL W. FITZGERALD
United States District Judge