JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EARL CHILDS, | Case No. 2:23-cv-03971-MWF-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| A. CHAPMAN, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED with prejudice.

Dated: September 8, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge